# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WORKERS UNITED, <br><br> Plaintiff, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br> Defendant. | Civil Action No. 2:23-cv-4036 |

## PLAINTIFF'S NOTICE OF INTENT TO AMEND PURSUANT TO LOCAL RULE 7.1(c)

Pursuant to Local Rule 7.1(c), please take notice that Plaintiff, Workers United, intends to amend its Complaint (ECF No. 1) as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

Dated: February 1, 2024

Respectfully submitted,

/s/ Daniel M. Rosenthal
Daniel M. Rosenthal (*pro hac vice*)
Elizabeth Grdina (*pro hac vice*)
Charlotte H. Schwartz (*pro hac vice*)
James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
(202) 496-0500
(202) 496-0555 facsimile
*dmrosenthal@jamhoff.com*
*bgrdina@jamhoff.com*
*chschwartz@jamhoff.com*

Eric L. Young
Attorney ID No. 84109
Young Law Group
3031C Walton Road, Suite 301
Plymouth Meeting, PA 19462
(215) 367-5151
*eyoung@young-lawgroup.com*

Mary Joyce Carlson (*pro hac vice*)
1629 K Street NW, Suite 1050
Washington, DC 20006
(202) 230-4096
*carlsonmjj@yahoo.com*

*Attorneys for Plaintiff Workers United*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WORKERS UNITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 2:23-cv-04036-GEKP |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing Notice of Intent to Amend Pursuant to Local Rule 7.1(c) was filed electronically and is available for viewing and downloading from the Court's CM/ECF system. Counsel of record were served electronically via the Court's electronic filing system.

Dated: February 1, 2024

s/ Daniel M. Rosenthal
Daniel M. Rosenthal (*pro hac vice*)
James & Hoffman, P.C.
1629 K Street, NW, Suite 1050
Washington, DC 20006
(202) 496-0500
(202) 496-0555 facsimile
dmrosenthal@jamhoff.com

Counsel for Plaintiff Workers United