IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WORKERS UNITED, <br><br> Plaintiff, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br> Defendant. | Civil Action No. 2:23-cv-4036 |

## PLAINTIFF'S NOTICE OF FILING REDLINE OF FIRST AMENDED COMPLAINT

Pursuant to Section III(E) of Judge Pratter's General Pretrial and Trial Procedures, attached to this notice please find a redline of Plaintiff Workers United's First Amended Complaint, amended as of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

Dated: February 12, 2024

Respectfully submitted,

*/s/ Daniel M. Rosenthal*
Daniel M. Rosenthal (*pro hac vice*)
Elizabeth Grdina (*pro hac vice*)
Charlotte H. Schwartz (*pro hac vice*)
James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
(202) 496-0500
(202) 496-0555 facsimile
*dmrosenthal@jamhoff.com*
*bgrdina@jamhoff.com*
*chschwartz@jamhoff.com*

Eric L. Young
Attorney ID No. 84109
Young Law Group
3031C Walton Road, Suite 301
Plymouth Meeting, PA 19462
(215) 367-5151
*eyoung@young-lawgroup.com*

2

        Mary Joyce Carlson (*pro hac vice*)
        1629 K Street NW, Suite 1050
        Washington, DC 20006
        (202) 230-4096
        *carlsonmjj@yahoo.com*

        Rebecca Tushnet (*pro hac vice*)
        Lex Lumina PLLC
        745 Fifth Avenue, Suite 500
        New York, NY 10151
        (703) 593-6759
        *rtushnet@lex-lumina.com*

        *Attorneys for Plaintiff Workers United*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WORKERS UNITED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 2:23-cv-04036-GEKP |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and correct copy of the foregoing Notice of Filing Redline of First Amended Complaint and accompanying attachment were filed electronically and are available for viewing and downloading from the Court's CM/ECF system. Counsel of record were served electronically via the Court's electronic filing system.

Dated: February 12, 2024

s/ Daniel M. Rosenthal
Daniel M. Rosenthal (*pro hac vice*)
James & Hoffman, P.C.
1629 K Street, NW, Suite 1050
Washington, DC 20006
(202) 496-0500
(202) 496-0555 facsimile
dmrosenthal@jamhoff.com

Counsel for Plaintiff Workers United