IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WORKERS UNITED,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **STARBUCKS CORPORATION,** | : | |
| *Defendant* | : | **No. 23-4036** |

## ORDER

AND NOW, this 26th day of February 2024, upon consideration of the Joint Motion to Stay (Doc. No. 29), it is **ORDERED** that the Motion (Doc. No. 29) is **GRANTED IN PART**, and the deadline for Defendant Starbucks Corporation to respond to the Amended Complaint (Doc. No. 27) is **EXTENDED** to **March 18, 2024.**

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE