IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WORKERS UNITED | : | CIVIL ACTION |
| v. | : | NO.23-cv-04036 |
| STARBUCKS CORPORATION | : | |

### O R D E R

**AND NOW**, this 22nd day of **MAY, 2024** in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Late Honorable Gene E.K. Pratter to the calendar of the Honorable Michael M. Baylson for further proceedings.

FOR THE COURT:

MITCHELL S. GOLDBERG
**Chief Judge**

ATTEST:

/s/George Wylesol
GEORGE WYLESOL
**Clerk of Court**